## REECE v. CHANEY *et al.*

### No. 181. Opinion Filed March 21, 1911.

#### (114 Pac. 608.)

**APPEAL AND ERROR—Dismissal—Settlement of Controversy.** Where on account of a settlement between parties to an appeal settling the matters in controversy, the questions raised by the appeal become abstract or hypothetical, and disconnected from the granting of any actual relief or from the determination of which no practical results can follow, except to determine who shall pay the cost of the proceedings, the cause will not be determined by this court, but will be dismissed.

(Syllabus by the Court.).

*Error from District Court, Payne County; A. H. Huston, Judge.*

Action by J. W. Reece, administrator, against George W. Chaney and others. Judgment for defendants, and plaintiff brings error. Dismissed.

*J. W. Reece, in pro. per.*

*Robert A. Lowry,* for defendants in error.

HAYES, J. It appears from a motion filed herein and the answer thereto, that, since the institution of this proceeding in error, all the matters in controversy involved in this action have been settled between the parties, except the costs of this proceeding, and a decision upon the questions of law raised in this proceeding could not afford any relief to the parties hereto, except to determine who shall pay the cost. It is a well-settled rule in this court that it will not decide abstract or hypothetical questions from which no practical relief will follow. *Hodges et al. v. Schafer,* 23 Okla. 404, 100 Pac. 537; *Albright et al. v. Erickson,* 23 Okla. 544, 102 Pac. 112.

The cause is accordingly dismissed.

TURNER, C. J., and DUNN and KANE, JJ., concur; WILLIAMS, J., not participating.